September 26, 1980.

429 A.2d 71

Commonwealth v. Adams, Appellant.

Submitted June 27, 1978. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before JACOBS, P. J., and HOFFMAN, CERCONE, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

Judgment of sentence affirmed.

JACOBS, former P. J. did not participate in the consideration and decision of this case.

429 A.2d 71

Commonwealth v. Burgess, Appellant.

Petition for Allowance of Appeal Denied July 9, 1981.

Submitted June 29, 1979. Clarease E. Mitchell, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, GATES and DOWLING, JJ.*

Judgment of sentence affirmed.

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge John C. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.